# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DAVID EUGENE ROSS, | NO. CV 18-0490-MWF (AS) |
| Plaintiff, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND RECOMMENDATIONS** |
| LOS ANGELES COUNTY JAILS/ SHERIFF'S DEPARTMENT, | **OF UNITED STATES MAGISTRATE** |
| Defendants. | **JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, issued on September 4, 2018. See Docket No. 20.

On September 27, 2018, Plaintiff filed a Motion for Reconsideration re Order of September 4, 2018 (Docket No. 21), which

the Court construes as objections to the Report and Recommendation. (Docket No. 15).[1]

After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court finds that Plaintiff's Objections to the Report and Recommendation reiterate the conclusory claims set forth in the Third Amended Complaint, fail to state a viable cause of action, and do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

//
//
//

---

[1] Defendant's Motion for Reconsideration states that "Plaintiff hereby files objections to [the Court's] Recommendation to Dismiss," <u>see</u> Docket No. 21 at 5.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 30, 2018

　MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE