**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DAVID EUGENE ROSS, | NO. CV 18-0490-MWF (AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOS ANGELES COUNTY JAILS/ SHERIFF'S DEPARTMENT, | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 30, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE